# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| Ada Howard,<br><br>    Plaintiff<br><br>v.<br><br>Eta Chapter of Sigma Delta Tau<br>And Sigma Delta Tau,<br><br>    Defendants. | Civil Action No. 3:15-cv-75 _____ |

## COMPLAINT

COMES NOW Plaintiff Ada Howard (hereinafter "Plaintiff"), and files this lawsuit against Defendants Eta Chapter of Sigma Delta Tau and Sigma Delta Tau (hereinafter "Defendants"), and shows the following:

## JURISDICTION AND VENUE

1.

This action seeks monetary damages, unpaid wages, liquidated and actual damages and attorneys' fees and costs for Defendants' failure to pay Plaintiff wages she is owed as a result of working for Defendants, in violation of the Fair

Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (hereinafter "FLSA).

2.

This is an action brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* (the "FLSA") and, therefore, this Court has original jurisdiction over this case based on 28 U.S.C. § 1331.

3.

Under 28 U.S.C. § 1391, venue is proper in the United States District Court for the Middle District of Georgia because: (1) the Defendant is within the Middle District of Georgia and (2) the events or omissions giving rise to Plaintiff's claims, as described in this Complaint, occurred within the Middle District of Georgia.

## PARTIES

4.

Plaintiff is a resident of Hull, Madison County, Georgia.

5.

Plaintiff worked for Defendant Eta Chapter of Sigma Delta Tau, which is a chapter of Defendant Sigma Delta Tau, for more than twenty five years.  Her

primary responsibility was cooking. She was an "employee" of Defendant as defined under 29 U.S.C. § 203(e).

6.

Defendant Eta Chapter of Sigma Delta Tau is believed to be a New York corporation, is an enterprise and employer as defined by 29 U.S.C. § 203(s), has and has had employees, including Plaintiff, who handle or otherwise work on goods or materials that have been moved in interstate commerce, and is in the business of providing student housing, including at the University of Georgia, Athens, Georgia. It may be served by delivering process to Eta Chapter of Sigma Delta Tau, 410 E. Upland Rd, Ithaca, NY, 14850.

7.

Defendant Sigma Delta Tau is a Delaware corporation, and is an enterprise and employer as defined by 29 U.S.C. § 203(s) and has employees who handle or otherwise work on goods or materials that have been moved in interstate commerce. It is a national organization under which the Eta Chapter operates and it provides oversight to Defendant Eta Chapter' operation. It may be served by delivering process to its Registered Agent Cathy Lattimer, 714 Adams Street, Carmel, IN 46032.

8.

Defendants are governed by and subject to the Fair Labor Standards Act and jointly employed Plaintiff.

## STATEMENT OF FACTS

9.

As the cook for the Eta Chapter of Defendant Sigma Delta Tau, Plaintiff was engaged in interstate commerce and was responsible for purchasing foods and materials which were shipped from outside of the state for use by Defendants' members.

10.

During the time that Plaintiff was employed by the Defendants, she was required to work more than forty hours per week.

11.

Until approximately August, 2014, Plaintiff was not paid for all hours that she worked in excess of forty hours per week, but was instead paid a salary.

12.

Defendants knew or should have known of their obligation to pay the

Plaintiff for all time worked and to pay the time and one-half overtime premium for hours worked in excess of forty hours per week.

13.

In approximately August, 2014, Defendants began paying Plaintiff for all hours worked but did not pay her for the unpaid time she had worked up to that point.

14.

Defendants have violated the Fair Labor Standards Act by failing to pay Plaintiff the time and one-half premium for all hours worked over forty per week.

15.

Defendants have not acted in good faith, entitling Plaintiff to liquidated damages in an amount equal to the unpaid wages.

**VIOLATIONS OF THE FAIR LABOR STANDARDS ACT**

16.

Defendants have violated the Fair Labor Standards Act by failing to pay her for all the time that she worked during her employment until approximately August, 2014.

17.

Defendants have also violated the Fair Labor Standards Act by failing to pay Plaintiff the time and one-half premium for all hours worked over forty per week during her employment until approximately August, 2014.

18.

Defendants have not acted in good faith, entitling Plaintiff to liquidated damages in an amount equal to the unpaid wages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Enter judgment awarding Plaintiff unpaid wages, liquidated damages, and prejudgment interest;

B. Grant to Plaintiff the costs in this action and reasonable attorneys' fees as provided by law;

C. Grant to Plaintiff a jury trial on all issues so triable; and

D. Grant such additional relief as the Court deems proper and just.

Respectfully submitted this 7th day of August, 2015.

                                        s/Janet E. Hill
                                        Janet E. Hill

>Georgia Bar No. 354230
>HILL & ASSOCIATES, P.C.
>1160 S. Milledge Ave, Suite 140
>Athens, Georgia 30605
>(706) 353-7272
>janet@hillworklaw.com